IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

WENDY VILLASENOR PEREZ,

     Appellant,

v.                              Case No.    5D21-2620
                                    LT Case No. 2019-CF-015305-A-O

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed June 21, 2022

Appeal from the Circuit Court
for Orange County,
Julie H. O'Kane, Judge.

Matthew J. Metz, Public Defender, and
Edward J. Weiss, Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Deborah A. Chance,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

LAMBERT, C.J., EVANDER and NARDELLA, JJ., concur.